## HALL *v.* DENISE.

Where it does not appear from the transcript of a cause, that any exception was taken to the instruction complained of, at the time it was given, the appellate court will not inquire whether or not the instruction was erroneous.

On appeal to the district court, where there has been a trial of the cause before the justice of the peace, a general denial of indebtedness will be presumed to have been made upon the trial, if nothing appears to the contrary upon the record.

*Appeal from the Des Moines District Court.*

WEDNESDAY, OCTOBER 13.

Appeal from a justice of the peace. Judgment for the defendant, and the plaintiff appeals. The material facts and the errors assigned, appear in the opinion of the court.

*J. C. & B. J. Hall,* for the appellant.

*Browning & Tracy,* for the appellee.

STOCKTON, J.—I. The first error assigned, is upon the refusal of the court to grant a new trial. The motion for a new trial was based upon the erroneous instruction of the court to the jury. Whether this instruction was erroneous or not, this court will not inquire, as it does not appear that any exception was taken to the charge of the court at the time it was given. *Rawlins* v. *Tucker,* 3 Iowa, 213.

II. It is further assigned for error, that there was not before the justice of the peace who first tried the cause, any denial of the plaintiff's cause of action. Since the decision of this court, in *Sinnamon* v. *Milburn,* 4 G. Greene, 309, it has been uniformly held, that where there has been a trial of the cause before the justice, a general denial of indebtedness will be presumed to have been made upon the trial, if nothing appears to the contrary in the record. The transcript of the justice shows in this case, that there was a trial, and judgment for defendant.

Judgment affirmed.